**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 02-6755

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDWARD M. MCFADDEN, a/k/a Buckboy McFadden,
a/k/a Mike McFadden,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron M. Currie, District Judge.
(CR-98-164)

_____

Submitted:  March 20, 2003          Decided:  March 25, 2003

_____

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward M. McFadden, Appellant Pro Se.  William Earl Day, II,
Assistant United States Attorney, Florence, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward M. McFadden appeals the district court's order denying his motion to order the government to move for a Fed. R. Crim. P. 35(b) reduction in his sentence.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See United States v. McFadden, No. CR-98-164 (D.S.C. filed Apr. 11, 2002, entered Apr. 15, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED